# EXHIBIT C

Stalker DSR 2X Radar and Speed Module Infringement Chart

| 11,194,039 | Stalker DSR 2X Radar and Speed Module |
|---|---|
| 9. A traffic radar system comprising: | The Stalker DSR 2X Radar and Speed Module comprise a traffic radar system. |
| a first radar transceiver configured to transmit and receive radar beams from a front zone corresponding to an area in front of a patrol vehicle and to generate a first electronic signal corresponding to the received radar beam; | The Stalker DSR 2X Radar includes a first radar transceiver configured to transmit and receive radar beams from a front zone corresponding to an area in front of a patrol vehicle and to generate a first electronic signal corresponding to the received radar beam. The DSR brochure states:<br><br>**DSR2X**<br>The Best in Police Radar<br><br>The DSR 2X Dual Zone Radar is Stalker's top-of-the-line, most advanced police radar. It is easy to use, durable, and highly accurate. Selected by more state and highway patrols than all other competitors' products combined. Allows easy use monitoring approaching targets from the front and rear without having to push any remote control buttons. |
| a second radar transceiver configured to transmit and receive radar beams from a rear zone corresponding to an area behind the patrol vehicle and to generate a second electronic signal corresponding to the received radar beam; | The Stalker DSR 2X Radar includes a second radar transceiver configured to transmit and receive radar beams from a rear zone corresponding to an area behind the patrol vehicle and to generate a second electronic signal corresponding to the received radar beam. The DSR brochure states:<br><br>**DSR2X**<br>The Best in Police Radar<br><br>The DSR 2X Dual Zone Radar is Stalker's top-of-the-line, most advanced police radar. It is easy to use, durable, and highly accurate. Selected by more state and highway patrols than all other competitors' products combined. Allows easy use monitoring approaching targets from the front and rear without having to push any remote control buttons. |

Stalker DSR 2X Radar and Speed Module Infringement Chart

| a speed determining element configured to receive and process radio frequency signals from a global navigation satellite system to determine and output a speed of the patrol vehicle; and | The Stalker Speed Module is a speed determining element configured to receive and process radio frequency signals from a global navigation satellite system to determine and output a speed of the patrol vehicle. The Stalker Speed Module brochure states:<br><br>The Stalker Speed Module is a small plug-and-play device that attaches right to the back of any of your current Stalker radar units- **and it is so *simple that anyone can do it in under two minutes.*** <br><br>The Module utilizes Stalker's proprietary Inertial Navigation Technology combined with a Global Positioning System (GPS) satellite receiver to accurately determine vehicle patrol speed. This key technology combination allows the radar unit to maintain precise vehicle speed tracking even in areas where a GPS signal is unavailable (which happens with all GPS receivers from time to time), such as when you are driving around tall buildings, in densely forested areas, while going through tunnels, and during inclement weather. |
|---|---|
| a processing element configured to receive a plurality of digital data samples derived from one of either the first or second electronic signals, | The Stalker DSR 2X Radar includes a processing element configured to receive a plurality of digital data samples derived from one of either the first or second electronic signals. The Stalker DSR brochure states:<br><br>The Stalker Radar DSR 2X police radar is sophisticated enough to keep up with the experienced operator using its 2 antenna, Dual-Zone moving mode, yet it's simple enough for a first-time user as well. |
| receive the speed of the patrol vehicle from the speed determining element, | The Stalker DSR 2X Radar when used in conjunction with the Stalker Speed Module receives the speed of the patrol vehicle from the speed determining element. The Speed Module brochure states:<br><br>**Can't connect to your vehicle's VSS?** |

Stalker DSR 2X Radar and Speed Module Infringement Chart

| | |
|---|---|
| | When you are out on patrol monitoring traffic speeds, accuracy is everything. But to have accurate speed readings while your patrol vehicle is in motion, your radar needs to have precise, second-by-second feedback about your vehicle's speed relative to the targeted vehicle's.<br><br>The best way to acquire this information is to connect your dash-mounted radar unit directly to your vehicle's computer via the Vehicle Speed Sensor (VSS), either by wiring into the VSS cable directly or by accessing it through the vehicle's OBD-II port.<br><br>Unfortunately, some late-model patrol vehicles are no longer offering access to the VSS.<br><br>That's why Stalker developed the Stalker Speed Module. |
| perform a time domain to frequency domain conversion on the digital data samples creating a plurality of frequency bins, each frequency bin associated with a frequency bin number, having a relative magnitude value, and corresponding to a speed of a vehicle, convert the speed of the patrol vehicle to a frequency bin number, form a patrol vehicle speed window that includes a range of frequency bin numbers having the frequency bin number of the converted patrol vehicle speed as a center of the range, determine at least one group of successive frequency bin numbers outside of the patrol vehicle speed | On information and belief the Stalker DSR 2X Radar performs a time domain to frequency domain conversion on the digital data samples creating a plurality of frequency bins, each frequency bin associated with a frequency bin number, having a relative magnitude value, and corresponding to a speed of a vehicle. The Stalker DSR 2X Radar converts the speed of the patrol vehicle to a frequency bin number and forms a patrol vehicle speed window that includes a range of frequency bin numbers having the frequency bin number of the converted patrol vehicle speed as a center of the range. The Stalker DSR 2X Radar determines at least one group of successive frequency bin numbers outside of the patrol vehicle speed window whose relative magnitude is greater than a spike threshold value, converts one frequency bin number in each group to the relative speed of one target vehicle, and converts the relative speed of the target vehicle to an absolute speed using the speed of the patrol vehicle. |

| | |
|---|---|
| window whose relative magnitude is greater than a spike threshold value, convert one frequency bin number in each group to the relative speed of one target vehicle, and convert the relative speed of the target vehicle to an absolute speed using the speed of the patrol vehicle. | |
| **11,703,602** | **Stalker DSR 2X Radar and Speed Module** |
| 9. A traffic radar system comprising: | The Stalker DSR 2X Radar and Speed Module comprise a traffic radar system. |
| a radar transceiver configured to transmit and receive radar beams in a front zone corresponding to an area in front of a patrol vehicle or in a rear zone corresponding to an area behind the patrol vehicle and to generate an electronic signal corresponding to the received radar beam; | The Stalker DSR 2X Radar includes a radar transceiver configured to transmit and receive radar beams from a front zone corresponding to an area in front of a patrol vehicle and to generate a first electronic signal corresponding to the received radar beam.  The Stalker DSR 2X Radar also includes a radar transceiver configured to transmit and receive radar beams from a rear zone corresponding to an area behind the patrol vehicle and to generate a second electronic signal corresponding to the received radar beam.  The DSR brochure states:<br>The DSR brochure states:<br><br>**DSR2X**<br>The Best in Police Radar<br><br>The DSR 2X Dual Zone Radar is Stalker's top-of-the-line, most advanced police radar. It is easy to use, durable, and highly accurate. Selected by more state and highway patrols than all other competitors' products combined. Allows easy use monitoring approaching targets from the front and rear without having to push any remote control buttons. |

Stalker DSR 2X Radar and Speed Module Infringement Chart

| | |
|---|---|
| a speed determining element configured to receive and process radio frequency signals from a global navigation satellite system to determine and output a speed of the patrol vehicle; and | The Stalker Speed Module is a speed determining element configured to receive and process radio frequency signals from a global navigation satellite system to determine and output a speed of the patrol vehicle. The Stalker Speed Module brochure states:<br><br>The Stalker Speed Module is a small plug-and-play device that attaches right to the back of any of your current Stalker radar units- **and it is so *simple that anyone can do it in under two minutes.***<br><br>The Module utilizes Stalker's proprietary Inertial Navigation Technology combined with a Global Positioning System (GPS) satellite receiver to accurately determine vehicle patrol speed. This key technology combination allows the radar unit to maintain precise vehicle speed tracking even in areas where a GPS signal is unavailable (which happens with all GPS receivers from time to time), such as when you are driving around tall buildings, in densely forested areas, while going through tunnels, and during inclement weather. |
| a processing element configured to receive a plurality of digital data samples derived from the electronic signal, | The Stalker DSR 2X Radar includes a processing element configured to receive a plurality of digital data samples derived from one of the electronic signals. The Stalker DSR brochure states:<br><br>The Stalker Radar DSR 2X police radar is sophisticated enough to keep up with the experienced operator using its 2 antenna, Dual-Zone moving mode, yet it's simple enough for a first-time user as well. |

Stalker DSR 2X Radar and Speed Module Infringement Chart

| receive the speed of the patrol vehicle from the speed determining element | The Stalker DSR 2X Radar when used in conjunction with the Stalker Speed Module receives the speed of the patrol vehicle from the speed determining element.  The Speed Module brochure states:<br><br>**Can't connect to your vehicle's VSS?**<br>When you are out on patrol monitoring traffic speeds, accuracy is everything. But to have accurate speed readings while your patrol vehicle is in motion, your radar needs to have precise, second-by-second feedback about your vehicle's speed relative to the targeted vehicle's.<br><br>The best way to acquire this information is to connect your dash-mounted radar unit directly to your vehicle's computer via the Vehicle Speed Sensor (VSS), either by wiring into the VSS cable directly or by accessing it through the vehicle's OBD-II port.<br><br>Unfortunately, some late-model patrol vehicles are no longer offering access to the VSS.<br><br>That's why Stalker developed the Stalker Speed Module. |
|---|---|
| perform a time domain to frequency domain conversion on the digital data samples creating a plurality of frequency bins, each frequency bin associated with a frequency bin number, having a relative magnitude value, and corresponding to a speed of a vehicle, convert the speed of the patrol vehicle to a frequency bin number, form a patrol vehicle speed window that includes a range of frequency bin numbers having the frequency bin number of the converted | On information and belief the Stalker DSR  2X Radar performs a time domain to frequency domain conversion on the digital data samples creating a plurality of frequency bins, each frequency bin associated with a frequency bin number, having a relative magnitude value, and corresponding to a speed of a vehicle. The Stalker DSR  2X Radar converts the speed of the patrol vehicle to a frequency bin number and forms a patrol vehicle speed window that includes a range of frequency bin numbers having the frequency bin number of the converted patrol vehicle speed as a center of the range. The Stalker DSR 2X Radar determines at least one group of successive frequency bin numbers outside of the patrol vehicle speed window whose relative magnitude is greater than a spike threshold value, converts one frequency bin number in each group to the relative speed of one target vehicle, and converts the relative speed of the target vehicle to an absolute speed using the speed of the patrol vehicle. |

| | |
|---|---|
| patrol vehicle speed as a center of the range, determine at least one group of successive frequency bin numbers outside of the patrol vehicle speed window whose relative magnitude is greater than a spike threshold value, convert one frequency bin number in each group to the relative speed of one target vehicle, and convert the relative speed of the target vehicle to an absolute speed using the speed of the patrol vehicle. | |